DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHAWN HAMLETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0123

————————————————

September 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Meyer, Judge.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.